**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DANNIER VARGAS PAVON #A220-669-643** | **CASE NO. 1:26-CV-01934 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN CENTRAL LOUISIANA I C E PROCESSING CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 28], no objections thereto having been filed,

**IT IS ORDERED** that Respondents' Motion to Dismiss [Doc. No. 15] is **DENIED**.

MONROE, LOUISIANA, this 20th day of November, 2026.

Terry A. Doughty
United States District Judge